UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY WOODWARD and CLAUDIA WOODWARD<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:12-cv-01807-MCE-AC<br><br>**ORDER OF DISMISSAL** |

On October 19, 2015, this Court issued an Order to Show Cause ("OSC") as to why this action should not be dismissed for failure to effectuate service on Defendant within 120 days of the filing of the Complaint, as required by the Order Requiring Joint Status Report (ECF No. 5) and Federal Rule of Civil Procedure 4(m). On October 29, 2015, Paul Wagstaffe, counsel for Plaintiff Claudia Woodward, filed a declaration in response to the OSC explaining that the lawsuit had originally been filed to protect the statute of limitations, that Plaintiff Stanley Woodward subsequently died in November of 2012, and that a new lawsuit, Woodward v. United States, Case No. 13-cv-00048-MCE-EFB, was subsequently filed by Claudia Woodward based on the same set of facts and circumstances. Mr. Wagstaffe accordingly advised the Court that he had no objection to this case being dismissed, without prejudice.

1

Given that representation, and good cause appearing, this lawsuit is hereby dismissed, without prejudice to Claudia Woodward's continued prosecution of Case No. 2:13-cv-00048-MCE-EFB. The hearing on the OSC scheduled for November 12, 2015 at 2:00 p.m. is vacated, and the Clerk of Court is directed to close the above-captioned matter.

IT IS SO ORDERED.

Dated: November 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT